```
1  McGREGOR W. SCOTT
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2781
```



FILED

MAR 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE (1) COMPAQ PRESARIO DESKTOP COMPUTER SERIAL NUMBER #CNH4511HGF | 2:08-SW-0042 GGH<br><br>ORDER FOR RETENTION OF COMPUTER AND COMPUTER RELATED MATERIALS UNTIL A FORENSIC EXAM IS PERFORMED |

Application having been made before me by Assistant United States Attorney Jill M. Thomas for an order authorizing the retention of computer and computer related materials until a forensic examination is completed and full consideration having been given to the matters set forth herein, the Court finds as follows: There is good and sufficient cause for the United States to retain the computer and computer related materials until a forensic examination has been performed. Only a forensic examination will reveal the presence of contraband on the computer. If contraband is present, the U.S. Attorney's Office will decide whether a forfeiture proceeding is appropriate and file the related pleadings.

///

IT IS HEREBY ORDERED that the DEA retain the original computer and related materials until a forensic examination can be performed upon the mirrored image of the computer's hard drive. Upon completion of the forensic examination, the DEA will notify the United States Attorney's Office for the Eastern District of California, whereupon, the undersigned AUSA will make the proper notifications related to the examination, including notifying the Court and the defense attorney.

IT IS FURTHER ORDERED that the AUSA will file a pleading with the Court either requesting release of the computer to its owner or retention based on a showing of good cause.

DATED: 3/26/08, 2008

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE